UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MARTIN ENERGY SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC., and BOLDINI, LTD., and GRUPO BRAVANTE, in personam, <br><br> Defendant. | Case No.: 5:14-cv-00322-RH-GRJ |
| BOLDINI, LTD., and <br> GRUPO BRAVANTE, <br><br> Counterclaimants, <br><br> v. <br><br> MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK N.V., <br><br> Defendants on Counterclaim and Crossclaim. | |

**INTERVENOR ING BANK, N.V.'S, NOTICE OF PLAINTIFF'S APPROVAL OF INTERVENOR ING BANK, N.V.'S, MOTION (DOC. 50) FOR EXTENSION OF DEADLINES SET FORTH IN THE PRETRIAL ORDER DATED 8/17/15 (DOC. 47) AND**

1

## SCHEDULING AND MEDIATION ORDER DATED 5/28/15 (DOC. 38)

COMES NOW the Intervenor, ING Bank, N.V. [hereinafter "ING"], by and through its undersigned counsel, and, pursuant to the Federal Rules of Civil Procedure and applicable Local Rules, hereby respectfully gives notice of Plaintiff's approval of ING's now unopposed Motion (Doc. 50) to extend the deadlines set forth in the Court's Pretrial Order (Doc. 47) and Scheduling and Mediation Order (Doc. 38) by sixty (60) days, as follows:

1. The following is a true and correct copy of an e-mail exchange between counsel for ING and counsel for Plaintiff concerning ING's pending Motion (Doc. 50):

-----Original Message-----
From: Mahley, Bill [mailto:Bill.Mahley@strasburger.com]
Sent: Tuesday, September 22, 2015 2:40 PM
To: Paulsen, Bruce
Cc: Maloney, Brian P.
Subject: RE: Florida/Martin Energy

Bruce,

No objection.

Bill

_____

From: Paulsen, Bruce [paulsen@sewkis.com]
Sent: Tuesday, September 22, 2015 12:10 PM
To: Mahley, Bill
Cc: Maloney, Brian P.
Subject: Florida/Martin Energy

Our motion requests that the schedule (and the trial) be pushed off for 60 days.

We look forward to hearing back from you.

Best,

Bruce

_____

Bruce G. Paulsen

2

Partner
Tel: (212) 574-1533
Mobile: (917) 837-2685
Email: paulsen@sewkis.com <mailto:paulsen@sewkis.com>
SERVING OUR CLIENTS FOR 125 YEARS (1890-2015)

SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Fax: (212) 480-8421
Web: www.sewkis.com <http://www.sewkis.com/>

2. Further, the undersigned certifies that he spoke with counsel for Plaintiff, Russell Stewart, Esq., on 9/22/15, and he confirmed Plaintiff's support for ING's Motion (Doc. 50).

3. There is some urgency regarding ING's Motion (Doc. 50) because the next upcoming deadline is the cutoff of discovery as of 9/28/15.

WHEREFORE ING respectfully gives notice of Plaintiff's support for ING's Motion (Doc. 50) and requests that the Court grant said Motion (Doc. 50) and enter such other relief as the Court deems just and proper.

Of Counsel:

Bruce G. Paulsen
Brian P. Maloney
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

BURKE, BLUE, HUTCHISON, WALTERS & SMITH, P.A.
Attorneys for ING Bank N.V., as Security Agent

By:   /s/ Douglas L. Smith, Esq.
DOUGLAS L. SMITH, ESQ.
Florida Bar No. 0816140
221 McKenzie Avenue
Post Office Box 70
Panama City, Florida 32402
(850) 769-1414
Fax (850) 784-0857
E-mail: dsmith@burkeblue.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on 9/22/15. Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

I further certify any participants listed on the filing receipt as non-CM/ECF users have been mailed the foregoing by US Mail.

                      BURKE, BLUE,
                      HUTCHISON, WALTERS & SMITH, P. A.
                      Attorneys for ING

By: \s\ Douglas L. Smith, Esq.
     DOUGLAS L. SMITH, ESQ.
     Florida Bar No. 0816140
     221 McKenzie Avenue
     Post Office Box 70
     Panama City, Florida  32402
     (850) 769-1414
     Fax (850) 784-0857
     E-mail:  dsmith@burkeblue.com

DLS:9/22/15
F:\WPF\DLS\31551-ING-Motion-Extension-Notice-Martin-Not.wpd