# United States District Court
### CIVIL MINUTES - GENERAL

Time: 3:32 - 4:12 p.m.                                                    Case # 5:14cv322-RH
Date  October 8, 2015

### MARTIN ENERGY SERVICES LLC v. M/V BRAVANTE IX ET AL

DOCKET ENTRY: TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss the status and schedule of the case.  Ruling by Court: The discovery deadline is extended to October 30, 2015.  The deadline to file a summary judgment motion is November 20, 2015.  The pretrial conference will be rescheduled.  The bench trial will be held on January 11, 2016 beginning at 1:00 pm.  An order is forthcoming.

PRESENT:     HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

          Elizabeth Lawrence                    Judy Gagnon
            Deputy Clerk                       Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF:           ATTORNEY(S) APPEARING FOR DEFENDANTS:

  Russell Stewart                                Kevin Cox
  Bill Mahley                                    Douglas Smith
                                                 Brian Maloney


                                                     Initials of the Clerk:   ERL