IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

    Plaintiff,

v.                                      CASE NO.  5:14cv322-RH/GRJ

M/V BRAVANTE IX, etc., et al.,

    Defendants.

_____/

**ORDER EXTENDING THE DISCOVERY AND MEDIATION
DEADLINES AND CONTINUING THE TRIAL**

    This order confirms and adds to the rulings set out on the record of the hearing on October 8, 2015.

    IT IS ORDERED:

    1.  The motion to extend deadlines and continue the trial, ECF No. 50, is granted in part.

    2.  The clerk must issue a notice rescheduling the bench trial for January 11, 2016, at 1:00 p.m.

    3.  The discovery deadline is extended to October 30, 2015.

4.  A party must respond to any written discovery request that was served fewer than 30 days before September 30 by the later of (a) October 15 or (b) 30 days after the discovery request was served.

5.  The deadline to file a summary-judgment motion is extended to November 20, 2015.

6.  The deadline to mediate is extended to November 20, 2015.  But mediation may continue after that date if the mediator determines, after substantial mediation proceedings, that further mediation is warranted.

SO ORDERED on October 8, 2015.

                s/Robert L. Hinkle
                United States District Judge