IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MARTIN ENERGY SERVICES, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, PPURTENANCES, APPAREL, ETC. and BOLDINI LTD. and GRUPO BRAVANTE, *in personam*,<br><br>      Defendants.<br><br>BOLDINI LTD. and GRUPO BRAVANTE,<br><br>      Counterclaimants,<br><br>v.<br><br>MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK, N.V.<br><br>      Defendants on Counterclaim<br>      and Crossclaim. | No: 5:14-cv-00322-RH-GRJ |

## FIRST AMENDED NOTICE OF TAKING DEPOSITION

TO:    Representative of Martin Energy Services, LLC
          c/o Russell R. Stewart, Esq.
          900 E. 4th St.
          Panama City, FL 32401

        PLEASE TAKE NOTICE that on **Thursday, October 29, 2015, at 9:00 a.m.,**

**CT/10:00 a.m. ET**, the undersigned will take the deposition of **Martin Energy Services, LLC**

**("Martin Energy")**, through one or more officers, directors, agents or other representatives who shall be designated to testify on its behalf regarding all information known or reasonably available to Martin Energy with respect to the topics identified in Annex A, pursuant to Fed. R. Civ. P. 30(b)(6), via videoconference, upon oral examination, before an official court reporter, duly authorized by law to take depositions. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

ING Bank N.V. requests that Martin Energy provide, at least seven (7) days before the deposition, the name and title for each individual designated to testify on Martin Energy's behalf pursuant to this Notice.

Dated: October 22, 2015

Of Counsel:

Bruce G. Paulsen
Brian P. Maloney
Seward & Kissel LLPP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

BURKE, BLUE, HUTCHISON, WALTERS & SMITH, P.A.
Attorneys for ING Bank N.V., as Security Agent
By: _____
DOUGLAS L. SMITH, ESQ.
Florida Bar No. 0816140
221 McKenzie Avenue
Post Office Box 70
Panama City, Florida 32402
(850) 769-1414
Fax (850) 784-0857
E-mail: dsmith@burkeblue.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically e-mailed a PDF copy of the foregoing to the following individual addressees on October 22, 2015: Russell R. Stewart, Esq. (rrsfl@comcast.net); Bill Mahley, Esq. (bill.mahley@strasburger.com), Rebecca Hale (rebecca.hale@strasburger.com); Christopher A. Lynch (CLynch@ReedSmith.com); Kevin Cox (kevin.cox@hklaw.com); Graciela Hirigoyen (graciela.hirigoyen@hklaw.com).

BURKE, BLUE, HUTCHISON, WALTERS & SMITH, P.A.
Attorneys for ING Bank N.V., as Security Agent
By: _____
DOUGLAS L. SMITH, ESQ.
Florida Bar No. 0816140
221 McKenzie Avenue
Post Office Box 70
Panama City, Florida 32402
(850) 769-1414
Fax (850) 784-0857
E-mail: dsmith@burkeblue.com

# Annex A[1]
# Deposition Topics

1. The relationship, if any, contractual or otherwise, between You and the Vessel Interest(s), Contract Supplier or Intermediary Supplier(s) concerning the Fuel Delivery at issue in this Action.

2. Your Communications with the Vessel(s), and/or Vessel Interest(s) in this Action.

3. Your Communications, if any, with the Contract Supplier in this Action.

4. Communications with other Persons, if any, concerning the Fuel Delivery at issue in this Action.

5. The terms and conditions of sale under the applicable sales order confirmation and invoice (or other fuel supply contract, purchase order confirmation, nomination or transaction documentation) issued by the Contract Supplier or Intermediary Supplier(s) in this Action.

6. The allegations, responses, defenses, assertions or claims made by You or Your counsel in the pleadings in this Action.

7. The research, investigation or analysis performed or reviewed by You concerning the creditworthiness or financial viability of the Vessel(s) or the Vessel Interest(s).

8. The research, investigation or analysis performed by You concerning the creditworthiness or financial viability of Your contractual counterparty in this Action.

9. Other statements made by You or Your counsel in this Action.

SK 28644 0001 6821673

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in ING Bank N.V.'s First Request for Production of Documents.