## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

        Plaintiff,

v.

M/V BRAVANTE IX, ITS ENGINES,
MACHINERY, TACKLE,
PPURTENANCES, APPAREL, ETC. and
BOLDINI LTD. and GRUPO BRAVANTE, *in
personam*,

        Defendants.

No:  5:14-cv-00322-RH-GRJ

BOLDINI LTD. and GRUPO BRAVANTE,

        Counterclaimants,

v.

MARTIN ENERGY SERVICES, LLC, O.W.
BUNKER & TRADING do BRASIL, O.W.
BUNKER MIDDLE EAST DMCC, and ING
BANK, N.V.

        Defendants on Counterclaim
        and Crossclaim.

## FIRST AMENDED NOTICE OF TAKING DEPOSITION

TO:    Representative of Boldini Ltd.
       c/o Kevin Cox, Esq.
       Holland & Knight LLP
       PO Drawer 810
       Tallahassee, FL  32302

      PLEASE TAKE NOTICE that on **Thursday, October 29, 2015**, at **9:00 a.m.,**

**CT/10:00 a.m., ET,** the undersigned will take the deposition of a representative of **Boldini Ltd.,**

through one or more officers, directors, agents or other representatives who shall be designated

to testify on its behalf regarding all information known or reasonably available to Martin Energy

with respect to the topics identified in Annex A, pursuant to Fed. R. Civ. P. 30(b)(6), at the office

of Burke Blue Hutchison Walters & Smith, PA, at 221 McKenzie Ave, Panama City, Florida

32401, upon oral examination, before an official court reporter, duly authorized by law to take

depositions.  The deposition is being taken for the purpose of discovery, for use at trial, or both

of the foregoing, or for such other purposes as are permitted under the applicable and governing

rules.

ING Bank N.V. requests that Boldini Ltd. provide, at least seven (7) days before

the deposition, the name and title for each individual designated to testify on Martin Energy's

behalf pursuant to this Notice.

Dated: October 22, 2015

Of Counsel

Bruce G. Paulsen
Brian P. Maloney
Seward & Kissel LLPP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

BURKE, BLUE, HUTCHISON, WALTERS
& SMITH, P.A.
Attorneys for ING Bank N.V., as Security Agent
By: 
DOUGLAS L. SMITH, ESQ.
Florida Bar No. 0816140
221 McKenzie Avenue
Post Office Box 70
Panama City, Florida 32402
(850) 769-1414
Fax (850) 784-0857
E-mail: dsmith@burkeblue.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically e-mailed a PDF copy of the foregoing to the

following individual addressees on October 22, 2015: Russell R. Stewart, Esq.

(rrsfl@comcast.net); Bill Mahley, Esq. (bill.mahley@strasburger.com) , Rebecca Hale

(rebecca.hale@strasburger.com); Christopher A. Lynch (CLynch@ReedSmith.com); Kevin Cox

(kevin.cox@hklaw.com); Graciela Hirigoyen (graciela.hirigoyen@hklaw.com).

BURKE, BLUE, HUTCHISON, WALTERS
& SMITH, P.A.
Attorneys for ING Bank N.V., as Security Agent
By: _____
DOUGLAS L. SMITH, ESQ.
Florida Bar No. 0816140
221 McKenzie Avenue
Post Office Box 70
Panama City, Florida 32402
(850) 769-1414
Fax (850) 784-0857
E-mail: dsmith@burkeblue.com

3

**Annex A[1]**
**Deposition Topics**

1. The Persons authorized to procure necessaries for the Vessel(s).

2. The identity of the Contract Supplier in this Action.

3. The identity of the Intermediary Supplier(s) in this Action.

4. The identity of the Physical Supplier(s) in this Action.

5. The relationship, if any, contractual or otherwise, between You and the Contract Supplier, Intermediary Supplier(s) or Physical Supplier(s) concerning the Fuel Delivery at issue in this Action.

6. Your Communications with the Contract Supplier in this matter.

7. Your Communications, if any, with the Intermediary Supplier(s) or Physical Supplier(s) in this Action.

8. Your Communications with other Persons, if any, concerning the Fuel Delivery at issue in this Action.

9. The terms and conditions of sale under the applicable sales order confirmation(s), invoice(s) (or other fuel supply contract, purchase order confirmation, nomination or transaction documentation) issued by the Contract Supplier (or other Persons) in this Action.

10. The allegations, responses, defenses, assertions or claims made by You or Your counsel in the pleadings in this Action.

11. Other statements made by You or Your counsel in this Action.

SK 28644 0001 6821680

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in ING Bank N.V.'s First Request for Production of Documents.