IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MARTIN ENERGY SERVICES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC. and BOLDINI LTD. and GRUPO BRAVANTE, *in personam*,<br><br>   Defendants.<br><br>BOLDINI LTD. and GRUPO BRAVANTE,<br><br>   Counterclaimants,<br><br>v.<br><br>MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK, N.V.<br><br>   Defendants on Counterclaim and Crossclaim. | No: 5:14-cv-00322-RS-GRJ<br><br><br><br><br><br><br><br><br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* OF<br><u>CHRISTOPHER A. LYNCH, ESQ.</u> |

  The undersigned attorney, Christopher A. Lynch, Esquire ("Petitioner"), pursuant to Rule 11.1(C)(2), Local Rules for the United States District Court, Northern District of Florida, hereby requests permission to appear before this Court in this case as counsel for Counterclaimants Boldini Ltd. and Grupo Bravante. In support thereof, the Petitioner states:

  1.  Christopher A. Lynch is an attorney with the law firm of Reed Smith LLP, located at 599 Lexington Avenue, 22nd Floor, New York, New York 10022.

2.  Mr. Lynch states that he: (i) has successfully completed the computer based tutorial on the Local Rules for the United States District Court, Northern District of Florida (confirmation number: 15308-LC-715A68F5) and the computer-based tutorial on this Court's CM/EMF System; (ii) is in good standing with the courts of the State of New York, as evidenced by the Certificate of Good Standing, attached hereto; and (iii) has forwarded to the clerk the admission fee in the amount of $170.00.

3.  Christopher A. Lynch submits to the jurisdiction of this Court for discipline and to the Local Rules of the United States District Court for the Northern District of Florida.

4.  Christopher A. Lynch represents that he has never been convicted of a felony or a misdemeanor involving moral turpitude, has never been the subject of any disciplinary action by any court, nor any grievance procedure, and has never been suspended or disbarred by any court.

WHEREFORE, the Petitioner, Christopher A. Lynch, Esquire, respectfully requests that this Honorable Court enter an Order authorizing him to appear *pro hac vice* as counsel on behalf of Counterclaimants Boldini Ltd. and Grupo Bravante in this case.

**REED SMITH LLP**

By: _/s/ Christopher A. Lynch_

Christopher A. Lynch
599 Lexington Avenue, 22nd Floor
New York, New York 10022
P: (212) 521-5400
F: (212) 524-5450
clynch@reedsmith.com

*Counsel for Boldini Ltd. and Grupo Bravante*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail and ECF on this 4th day of November, 2015, on the following:

Russell Robert Steward
Russell R. Stewart Esquire - Panama City FL
900 E. 4th Street
Panama City, FL 32401
rrsfl@comcast.net

Douglas L. Smith
Burke, Blue, Hutchison, Walters & Smith, P.A.
221 McKenzie Ave.
Post Office Box 70
Panama City, FL 32402
dsmith@burkeblue.com

By: /s/ Kevin W. Cox
Attorney



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Christopher A. Lynch** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 22nd day of September 2004, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 30, 2015.

*Aprilanne Agostino*
Clerk of the Court