IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

    Plaintiff,

v.                                                   CASE NO. 5:14-cv-322-RH-GRJ

M/V BRAVANTE IX, etc., et al.,

    Defendants.

_____/

**O R D E R**

    Pending before the Court is the Motion To Appear Pro Hac Vice, ECF No. 64, requesting admission *pro hac vice* of Christopher A. Lynch, Esq. as counsel for Counterclaimant Defendants Boldini Ltd. and Grupo Bravante.

    Upon due consideration, the Motion To Appear Pro Hac Vice is due to be **GRANTED.** Christopher A. Lynch, Esq. shall be permitted to appear in this action as counsel for Defendants Boldini Ltd. and Grupo Bravante.

    Although the docket reflects that counsel has paid the required fee for admission *pro hac vice*, Counsel is reminded that the Northern District of Florida utilizes an electronic filing system ("CM/ECF"). Accordingly, within **ten (10) days** of the date of this Order Christopher A. Lynch, Esq. is directed to register to participate and docket in CM/ECF or show cause in writing within that time frame why counsel is unable to

participate.[1]

        **DONE AND ORDERED** this 6th day of November, 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] Counsel is directed to the website located at www.flnd.uscourts.gov under "CM/ECF" where he can request a password from the Court. Counsel is encouraged to sign up for the training class offered by the Clerk's Office which also can be accessed at the same website under "Training." If counsel resides outside the Northern District of Florida and is unable to take the training class, he must take the Tutorials offered on the website before using the system.

*Case No: 5:14-cv-322-RH-GRJ*