IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

                Plaintiff,

v.

M/V BRAVANTE IX, ITS ENGINES,
MACHINERY, TACKLE, APPURTENANCES,
APPAREL, ETC. and BOLDINI LTD. and
GROUPO BRAVANTE, *in personam*,

                Defendant.

Case No. 5:14-cv-00322-RS-GRJ

BOLDINI LTD. and GROUPO BRAVANTE,

                Counterclaimants,

v.

MARTIN ENERGY SERVICES, LLC, O.W.
BUNKER & TRADING do BRASIL, O.W.
BUNKER MIDDLE EAST DMCC, and ING
BANK, N.V.,

                Defendants on Counterclaim
                and Crossclaim.

## AMENDED MEDIATION IMPASSE REPORT
## (AS TO DATE ONLY)

    The captioned matter came on for mediation between the parties on November 6, 2015, in Panama City, Florida, before the undersigned Mediator. At the conclusion of the mediation between the parties, an impasse was declared and this Court is hereby notified of said results.

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that service will be accomplished by the CM/ECF system on this 10th day of November, 2015.

*/s/ John N. Boggs*
John N. Boggs
Florida Bar No.: 110340
209 East Fourth Street
Panama City, FL 32401
(850) 763-4111
Certified Civil Mediator No.: 6784R

cc:     Honorable Robert Hinkle