IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **MARTIN ENERGY SERVICES, LLC,**<br>    **Plaintiff,**<br><br>v.<br><br>**M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC. and BOLDINI LTD. and GRUPO BRAVANTE,** *in personam*,<br>    **Defendants.**<br><br>**BOLDINI LTD. and GRUPO BRAVANTE,**<br>    **Counterclaimants,**<br><br>v.<br><br>**MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK, N.V.**<br>    **Defendants on Counterclaim and Crossclaim.** | No: 5:14-cv-00322-RH/GRJ |

### UNOPPOSED MOTION FOR ORDER PERMITTING WITHDRAWAL OF KEVIN W. COX AND HOLLAND & KNIGHT LLP FROM REPRESENTATION

Pursuant to Local Rule 11.1 of the Northern District of Florida, Kevin W. Cox and the law firm of Holland & Knight move the Court for an Order permitting their withdrawal as counsel for Boldini Ltd. and Grupo Bravante ("Boldini and Bravante") in this matter. Functionally, undersigned counsel has served as local counsel to Boldini's and Bravante's primary counsel located in New York, Reed Smith LLP, which has been in direct communication

with primary counsel for the other parties during this action.  A Motion to Appear *Pro Hac Vice* by Christopher A. Lynch of Reed Smith LLP was recently granted (Doc. 65), and therefore the withdrawal of undersigned counsel should not affect the ongoing proceedings.

As required by Local Rule 11.1(F), this motion is submitted after 10 days' notice to the client and to all other counsel of record.   Counsel for the other parties in this action do not object to the withdrawal of undersigned counsel.

WHEREFORE, undersigned counsel respectfully requests that this Court permit the requested withdrawal as counsel for Boldini, Ltd. and Grupo Bravante and relieve undersigned counsel from any further responsibility in this case.

## CERTIFICATION OF GOOD FAITH CONFERENCE

In accordance with Rule 7.1(B), N.D. Fla. Loc. R., undersigned counsel certifies that he contacted counsel for Martin Energy Services, LLC and for ING Bank N.V., and that they do not oppose the requested withdrawal.

Dated: November 16, 2015.

HOLLAND & KNIGHT LLP

By: */s/  Kevin W. Cox*
**Kevin W. Cox**
Florida Bar No. 34020
email:  kevin.cox@hklaw.com
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301
Telephone: (850) 224-7000
Facsimile:  (850) 224-8832
*Counsel for Boldini Ltd. and Grupo Bravante*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 16th day of November, 2015, with the Clerk of the Court via CM/ECF which will send a notice of electronic filing to the following:

Russell Robert Steward
Russell R. Stewart Esquire - Panama City FL
900 E. 4th Street
Panama City, FL 32401
rrsfl@comcast.net

Douglas L. Smith
Burke, Blue, Hutchison, Walters & Smith, P.A.
221 McKenzie Ave.
Post Office Box 70
Panama City, FL 32402
dsmith@burkeblue.com

By: */s/  Kevin W. Cox*