IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

    Plaintiff,

v.                                  CASE NO. 5:14cv322-RH/GRJ

M/V BRAVANTE IX, etc., et al.,

    Defendants.

_____/

## ORDER ON TODAY'S DEADLINES

The electronic filing system will go down at 3:00 p.m. today for transition to the next generation. Accordingly, for deadlines that are today, the clerk's office is deemed inaccessible within the meaning of Federal Rule of Civil Procedure 6(a)(3), and deadlines that are today are extended to November 23, 2015.

SO ORDERED on November 20, 2015.

                                          s/Robert L. Hinkle
                                          United States District Judge