**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

| | |
|---|---|
| **MARTIN ENERGY SERVICES, LLC,** <br><br>       **Plaintiff,** <br><br> **v.** <br><br> **M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC. and BOLDINI LTD. and GRUPO BRAVANTE,** *in personam*, <br><br>       **Defendants.** <br><br><br> **BOLDINI LTD. and GRUPO BRAVANTE,** <br><br>       **Counterclaimants,** <br><br> **v.** <br><br> **MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK, N.V.** <br><br>       **Defendants on Counterclaim and Crossclaim.** | No: 5:14-cv-00322-RH/GRJ |

### BOLDINI LTD.'S AND GRUPO BRAVANTE'S MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM OF ING BANK N.V.

Pursuant to Federal Rule of Civil Procedure 56, the Court's Scheduling and Mediation Order entered May 28, 2015 [Dkt No. 38], and the Court's Order Extending Discovery and Mediation Deadlines and Continuing the Trial entered October 9, 2015 [Dkt No. 55], defendants/counterclaimants Boldini Ltd. and Grupo Bravante (together, the "**Boldini Entities**") hereby move for summary judgment and respectfully request that this Court grant their motion

and enter judgment:  (i) against ING Bank, N.V. ("**ING**") on its counterclaim asserted against the Boldini Entities [Dkt No. 27]; (ii) for the reasonable attorneys' fees and costs incurred in connection with bringing the interpleader action, with such fees and costs to be paid from the funds deposited with the Court; (iii) for the reasonable attorneys' fees and costs incurred by the Boldini Entities, subsequent to entry of the Court's December 30, 2014 order, in defense of ING's counterclaim, with such fees and costs to be chargeable to ING directly, and in each case in an amount to be determined following application to the Court under Federal Rule of Civil Procedure 54 and Local Rule 54.1; and (iv) for such other and further relief as the Court may deem appropriate.   The grounds for the Boldini Entities' motion are set forth in the accompanying memorandum.

Dated: November 23, 2015.

> REED SMITH LLP
> By: */s/ Christopher A. Lynch*
> **Christopher A. Lynch**
> New York Bar No. 4243655
> email:  clynch@reedsmith.com
> 599 Lexington Avenue, 22nd FL
> New York, New York 10022
> Telephone: (212) 521-5400
> Facsimile:  (212) 521-5450
> *Counsel for Boldini Ltd. and Grupo Bravante*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 23rd day of November, 2015, with the Clerk of the Court via CM/ECF which will send a notice of electronic filing to the following:

Russell Robert Steward
Russell R. Stewart Esquire - Panama City FL
900 E. 4th Street
Panama City, FL 32401
rrsfl@comcast.net

Douglas L. Smith
Burke, Blue, Hutchison, Walters & Smith, P.A.
221 McKenzie Ave.
Post Office Box 70
Panama City, FL 32402
dsmith@burkeblue.com

By: */s/ Christopher A. Lynch*