IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **MARTIN ENERGY SERVICES, LLC,**<br>    **Plaintiff,**<br><br>v.<br><br>**M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC. and BOLDINI LTD. and GRUPO BRAVANTE,** *in personam*,<br>    **Defendants.**<br><br>**BOLDINI LTD. and GRUPO BRAVANTE,**<br>    **Counterclaimants,**<br><br>v.<br><br>**MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK, N.V.**<br>    **Defendants on Counterclaim and Crossclaim.** | No: 5:14-cv-00322-RH/GRJ |

### DECLARATION OF CHRISTOPHER A. LYNCH IN SUPPORT OF BOLDINI LTD.'S AND GRUPO BRAVANTE'S MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM OF ING BANK N.V.

I, Christopher A. Lynch, declare:

1. I am a member of the bar of the State of New York and admitted to practice before, among other courts, the United States District Court for the Northern District of Florida.

2. I am an associate with the firm Reed Smith LLP, counsel to defendants/counterclaimants Boldini Ltd. and Grupo Bravante (together, the "**Boldini Entities**")

and have offices at 599 Lexington Avenue, 22nd Floor, New York, New York 10022. I submit this declaration in support of the Boldini Entities' motion for summary judgment on the counterclaim of ING Bank, N.V.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the certified transcript of the telephonic Scheduling Conference held in this action on October 8, 2015.

4. Attached hereto as Exhibit B is a true and correct copy of the documents comprising Exhibit 3 (bates stamped ING FLA 0001 - ING FLA 0058) at the deposition of Vinicius Castro taken in this action on November 3, 2015.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of the deposition of Paul Copley taken in this action on October 29, 2015.

6. Attached hereto as Exhibit D is a true and correct copy of the Notice of Bankruptcy Case Filing of non-party O.W. Bunker USA Inc., issued by the Clerk of the United States Bankruptcy Court for the District of Connecticut on November 13, 2014.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on November 23, 2015.

Dated: November 23, 2015
New York, New York

/s/ *Christopher A. Lynch*
CHRISTOPHER A. LYNCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 23rd day of November, 2015, with the Clerk of the Court via CM/ECF which will send a notice of electronic filing to the following:

Russell Robert Steward
Russell R. Stewart Esquire - Panama City FL
900 E. 4th Street
Panama City, FL 32401
rrsfl@comcast.net

Douglas L. Smith
Burke, Blue, Hutchison, Walters & Smith, P.A.
221 McKenzie Ave.
Post Office Box 70
Panama City, FL 32402
dsmith@burkeblue.com

By: */s/ Christopher A. Lynch*