# EXHIBIT A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

```
MARTIN ENERGY SERVICES, LLC,      )
                                  )
       Plaintiff,                 )
v.                                )
                                  )
M/V BRAVANTE IX, Its Engines,     )
Machinery, Tackle, Appurtenances, )
Apparel, Etc.; BOLDINI, LTD.,     )
GRUPO BRAVANTE, in personam,      )
                                  ) Case No:  5:14-cv-322-RH
       Defendants.                )
----------------------------------) Tallahassee, Florida
                                  ) October 8, 2015
BOLDINI, LTD., and                ) 3:30 P.M.
GRUPO BRAVANTE,                   )
                                  )
       Counterclaimants,          )
                                  )
v.                                )
                                  )
MARTIN ENERGY SERVICES, LLC,      )
O.W. BUNKER & TRADING do          )
BRASIL, O.W. BUNKER MIDDLE        )
EAST DMCC, and ING BANK, N.V.,    )
                                  )
       Defendants on              )
       Counterclaim and           )
       Cross-claim.               )
                                  )
                                  )
```

**TRANSCRIPT OF SCHEDULING CONFERENCE
BEFORE THE HONORABLE ROBERT L. HINKLE,
UNITED STATES DISTRICT JUDGE**



*JUDY A. GAGNON, RMR, FCRR*
Official United States Court Reporter
111 North Adams Street * Tallahassee, Florida  32301-7717
(850) 561-6822

APPEARANCES VIA TELEPHONE:

| | |
|---|---|
| For the Plaintiff,<br>Martin Energy: | Law Office of Russell R. Stewart<br>By:  RUSSELL R. STEWART<br>       Attorney at Law<br>       *rrsfl@comcast.net*<br>900 4th Street<br>Panama City, Florida   32401<br><br>Strasburger & Price, LLP<br>By:  F. WILLIAM MAHLEY<br>       Attorney at Law<br>       *bill.mahley@strasburger.com*<br>909 Fannin, Suite 2300<br>Houston, Texas   77010 |
| For the Defendants,<br>Boldini, LTD,<br>Grupo Bravante: | Holland & Knight, LLP<br>By:  KEVIN W. COX<br>       Attorney at Law<br>       *kevin.cox@hklaw.com*<br>Post Office Drawer 810<br>Tallahassee, Florida   32302 |
| For the Defendant,<br>ING Bank, N.V.: | Burke, Blue, Hutchison,<br>Walters & Smith, P.A.<br>By:  Douglas L. Smith<br>       Attorney at Law<br>       *dsmith@burkeblue.com*<br>221 McKenzie Avenue<br>Post Office Box 70<br>Panama City, Florida 32402<br><br>Seward & Kissel, LLP<br>By:  BRIAN P. MALONEY<br>       Attorney at Law<br>       *maloney@sewkis.com*<br>One Battery Park Plaza<br>New York, New York   10004 |

```
 1   judgment just to the extent that, you know, we believe we
 2   turned over the funds.  We don't have -- there can't be a
 3   continuing claim against us.  We don't know if we're going to
 4   file that or not, but we may.
 5           THE COURT:  Is somebody asserting -- I may have known
 6   the answer to this when I read the file, but I haven't gone
 7   back through it.
 8           Is somebody asserting a claim against Boldini or
 9   Bravante beyond a claim for the money that's now in the
10   registry of the court?
11           MR. MAHLEY:  Your Honor, Bill Mahley for Martin.  My
12   understanding is that's what was extended this summer, ING's
13   cross-claim against Boldini, Bravante.
14           THE COURT:  Mr. Maloney, explain that to me.  What's
15   the cross-claim?
16           MR. MALONEY:  The cross-claim is directed at ING's
17   rights to the lien.
18           THE COURT:  ING's right to -- what?
19           MR. MALONEY:  To the maritime lien in this case on
20   behalf of the contract supplier.
21           THE COURT:  Yeah.  You just want the money, or is it
22   something else?
23           MR. MALONEY:  No, no.  That's right.  It goes to who
24   holds the lien.  That's what it goes to.
25           MR. MAHLEY:  Your Honor, Bill Mahley for Martin.
```