# EXHIBIT D

United States Bankruptcy Court
District of Connecticut

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/13/2014 at 12:08 PM and filed on 11/13/2014.

**O.W. Bunker USA Inc.**
2603 Augusta Drive
Suite 440
Houston, TX 77057
Tax ID / EIN: 99-0373556

The case was filed by the debtor's attorney:

**Michael R. Enright**
Robinson and Cole
One Commercial Plaza
280 Trumbull Street
Hartford, CT 06103
(860) 275-8290

The case was assigned case number 14-51722 to Judge Julie A. Manning.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ecf.ctb.uscourts.gov/ or at the Clerk's Office, 915 Lafayette Blvd, Bridgeport, CT 06604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Myrna Atwater**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/23/2015 17:28:02 | | | |
| **PACER Login:** | reedsmith:2626949:3941791 | **Client Code:** | 999906/00740/011190 |
| **Description:** | Notice of Filing | **Search Criteria:** | 14-51722 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |