IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **MARTIN ENERGY SERVICES, LLC,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC. and BOLDINI LTD. and GRUPO BRAVANTE,** *in personam*,<br><br>      **Defendants.** | No: 5:14-cv-00322-RS-GRJ |
| **BOLDINI LTD. and GRUPO BRAVANTE,**<br><br>      **Counterclaimants,**<br><br>v.<br><br>**MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK, N.V.**<br><br>      **Defendants on Counterclaim and Crossclaim.** | |

### DECLARATION OF VINICIUS CASTRO IN SUPPORT OF BOLDINI LTD.'S AND GRUPO BRAVANTE'S MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM OF ING BANK N.V.

    I, Vinicius Castro, declare:

    1.    I am an attorney, duly licensed to practice law in Brazil. I am employed by defendant/counterclaimant Grupo Bravante ("**Bravante**") as senior legal counsel and make this declaration in support of the motion of Bravante and Boldini Ltd. ("**Boldini**" and together with Bravante, the "**Boldini Entities**") for summary judgment on the counterclaim asserted by ING

Bank N.V. ("**ING**").  I either have personal knowledge of the following facts or have gained knowledge through investigation.

2. On November 3, 2015, I appeared via videoconference and testified under oath pursuant to the Notices of Deposition served by ING to the Boldini Entities.  I have reviewed the transcript of said deposition and hereby state that there is nothing within said transcript that I wish to correct.  A condensed copy of the foregoing transcript is attached hereto as Exhibit A.

3. As testified to at my deposition, and as plainly reflected in the documents produced by the parties to this action, in October 2014, employees of Bravante and employees of counterclaim defendant O.W. Bunker & Trading do Brasil ("**O.W. Brasil**") negotiated on behalf of their respective companies for O.W. Brasil to arrange for the delivery of bunker fuel to *M/V Bravante VIII*, a vessel that was being built for Boldini at a shipyard in Panama City, Florida.

4. At no point in said negotiations did employees of either Bravante or Boldini communicate with plaintiff Martin Energy Services, LLC ("**Martin**"), or counterclaim defendants O.W. Bunker Middle East DMCC ("**O.W. Middle East**") or ING.

5. As far as Bravante was concerned, it entered into an agreement with O.W. Brasil for the delivery of the subject bunker fuel and was not aware of any purported involvement by O.W. Middle East or any other person or entity until issuance of an invoice for the bunker fuel by email on October 31, 2014.

6. The invoice that eventually arrived directed that payment be remitted to "O.W. Bunker Middle East DMCC" at an account maintained with ING.  A copy of the referenced email is attached hereto as Exhibit B.  Despite the reference in the invoice to "O.W. Bunker

Middle East DMCC", the email transmitting the same came from an email address at O.W. Brasil, with whom Bravante believed it was dealing. *See* Exhibit B. No explanation was ever given for the form of invoice and Bravante did not make payment prior to the commencement of this action by Martin. When the Court entered the interpleader order on December 30, 2014, Bravante made payment in accordance with the terms of that order.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on November 19, 2015 at Rio de Janiero, Brazil.

*[signature]*
Vinicius Castro

Vinicius Castro
Advogado
OAB/RJ 151.531

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 23rd day of November, 2015, with the Clerk of the Court via CM/ECF which will send a notice of electronic filing to the following:

Russell Robert Steward
Russell R. Stewart Esquire - Panama City FL
900 E. 4th Street
Panama City, FL 32401
rrsfl@comcast.net

Douglas L. Smith
Burke, Blue, Hutchison, Walters & Smith, P.A.
221 McKenzie Ave.
Post Office Box 70
Panama City, FL 32402
dsmith@burkeblue.com

By: */s/ Christopher A. Lynch*