# EXHIBIT B

| | |
|---|---|
| **From:** | brazil@owbunker.com |
| **Sent:** | Friday, October 31, 2014 10:04 AM |
| **To:** | 'Fillipe Sousa' <fillipe.sousa@bravante.com.br> |
| **Cc:** | Hendrik Schultze (hendrik.schultze@bravante.com.br); brazil@owbunker.com |
| **Subject:** | Invoice @ Panama City - BRAVANTE VIII |
| **Attach:** | Invoice165-S11237.pdf |

Good day,

Please find attached invoice regarding vessel BRAVANTE VIII supply last October 22nd at Panama City, Florida, as well as the Bunker Delivery Receipt for such delivery.

Our invoices are being processed electronically only, please treat scanned ones as originals.

Let us know if you need any further assistance and please acknowledge the receipt of this email.

Kind regards,

**O.W. Bunker & Trading do Brasil**
Rua São José 90 / 2006 – Rio de Janeiro – RJ
CEP: 20010-020, Brazil

**Office**: +55 (21) 3550-1280
**Direct**: +55 (21) 3550-1288
**Mailto**: brazil@owbunker.com
**Direct**: gifi@owbunker.com
**Yahoo ID**: gifi_owbunker
**Internet**: www.owbunker.com



M/V  BRAVANTE VIII IMO: 9645645
AND/OR OWNERS/CHARTERERS

Boldini S.A.
Calle Colonia 810, Oficina 403
Montevideo
Uruguay

| | | |
|---|---|---|
| DATE OF INVOICE | : | 21. October 2014 |
| INVOICE NO | : | 165-S11237 |
| ORDER NO. | : | 165-11256 |
| ACCOUNT NO | : | 32081 |
| OUR REF | : | Filippe Fernandez |
| DATE OF SUPPLY | : | 21. October 2014 |
| DUE DATE | : | 20. November 2014 |

PORT:  PANAMA CITY(USA)
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 300,000  MT | Gasoil | 967,00  MT | 290.100,00 |

| | | | |
|---|---|---|---|
| | Net Amount | USD | 290.100,00 |
| Your VAT No. : | VAT Amount | USD | 0,00 |
| Our VAT No. : | Total | USD | 290.100,00 |

| Taxable Amount US | 0% VAT Amount USD | Amount incl. VAT USD | Rate of exchange USD |
|---|---|---|---|
| 290.100,00 | 0,00 | 290.100,00 | 1,0000 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT:**   30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**BANK:**    ING Bank N.V.                                                                                  **O.W. BUNKER MIDDLE EAST DMCC**
                                                                                                                                    Indigo Tower – Office #701

                IBAN: NL26 INGB 0020 1180 31           USD and all other currencies
**ACCOUNT:**     IBAN: NL10 INGB 0651 3696 81           EUR                                               AE-40000  Dubai

                SWIFT: INGBNL2A

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

ING FLA 0033

# BUNKERING CERTIFICATE

**MARTIN ENERGY SERVICES**
Three Riverway, Suite 400
Houston, Texas 77056
24 Hour # (800) 962-8307

TICKET NO. **BC125608**

| | |
|---|---|
| DELIVERED TO M.V. / S.S. | Bravante VIII |
| AGENT | Fippe Fernandez |
| BARGE NO. | MMLP 570 |
| CUSTOMER NAME | OW Bunker USA |
| DATE | 10/21/14 |
| FLAG | |
| BARGE ☑ TRUCK ☐ | |
| CUSTOMER ORDER NO. | 205-10163 |
| DELIVERY POINT | Panama City, FL |
| IMO NO. | 9045645 |
| METER TICKET NO. | |

NOTES/COMMENTS

| PRODUCT DESCRIPTION | |
|---|---|
| API GRAVITY @ 60°F | MGO 39.5 |
| SP. GRAVITY @ 60°F / DENSITY @ 15°C | .8275 / .8271 |
| VISCOSITY KINEMATIC (cST @50°C) | 2.8 |
| FLASH POINT | 143°F |
| SULFUR, % | 2per 1 |
| TEMP °F | 60°F |
| GALS PER TON | 320.00 |
| SAMPLE SEAL NUMBERS | 3077392 3077431 3077328 |

| PRODUCT | PRODUCT CODE | SAMPLE PASSED | SAMPLE PASSED NUMBER | GROSS GALLONS | CONVERSION FACTOR | NET GALLONS | METRIC TONS |
|---|---|---|---|---|---|---|---|
| MGO/DMA | DMA | | 3077535 | 96,000 | 1.0000 | 96,000 | 300.00 |
| | | | | | | | |

| PRODUCT | ARRIVED ALONGSIDE DATE | HOUR | HOSES ON DATE | HOUR | START PUMPING DATE | HOUR | FINISH PUMPING DATE | HOUR | HOSES OFF DATE | HOUR | DEPARTED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MGO/DMA | 10/21 | 0830 | 10/21/14 | 0700 | 10/21/14 | 13:15 | 10/21/14 | 12:35 | 10/21/14 | | |

THIS SHIP OR VESSEL TO WHICH THIS PRODUCT IS DELIVERED IS ENGAGED IN TRANSPORTING PERSONS AND/OR PROPERTY IN INTERSTATE AND/OR FOREIGN COMMERCE AND DOES NOT OPERATE ON OR IN WATERWAYS OF THE STATE OF ___ MILEAGE FROM THE TERRITORIAL LIMIT TO PORT DOCKSIDE AND RETURN TO INTERNATIONAL WATERS, FOREIGN OR COAST-WISE, IS NOT CONSIDERED TO BE MILEAGE IN ___. THE UNDERSIGNED ALSO CERTIFIES THAT THE QUANTITY/GRADE RECEIVED IS IN ACCORDANCE WITH THE VESSEL'S REQUIREMENTS.

REPRESENTATIVE SAMPLE(S) OF THIS DELIVERY PASSED / NOT PASSED BY:

THE FOREGOING RECEIVED ON BOARD VESSEL.
(SEE STATEMENT ABOVE)

ALL DISPUTES ARISING OUT OF THIS TRANSACTION SHALL IN ALL RESPECTS BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, MARITIME LAW OF THE UNITED STATES OF AMERICA. ALL SALES SUBJECT TO MARTIN ENERGY SERVICES LLC STANDARD TERMS & CONDITIONS OF SALE. COMPLIES WITH MARPOL ANNEX VI. REG 14(1) & 18(1). RECEIVED FOR USE AS BUNKERS, TOGETHER WITH REPRESENTATIVE SAMPLE, THE QUANTITIES SHOWN ABOVE, EXACT QUANTITIES SHOWN ARE SUBJECT TO CORRECTION IN CASE OF ERROR. SULPHUR LESS THAN 1.5%.

No disclaimer stamp of any type or form will be accepted on this bunkering certificate, nor, should any such stamp be applied, will it alter, change or waive MARTIN ENERGY SERVICES LLC's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

TANKERMAN [signature] 10/21/14
AUTHORIZED VESSEL OFFICER [signature] Miguel Batista 10/21/14

REV. 1/13

**ING FLA 0034**

**M 41310**
**Martin Energy Services LLC**
107 St. Francis Street, Suite 2200
Mobile, AL 36602
Telephone 251-433-4972

Date: 10/21 20 14

Customer Name: O. W. BUNKER

Facility/Vessel: BRAVANTE VIII

MES Shore Tank or Barge #: MMLP 570

| Product | Temp. (°F) | Gallons |
|---|---|---|
| ULSD | | |
| Dyed ULSD | 8 | 96,000 |

Meter Numbers: START 22283802 / END 22379802

Meter or Product: Gallon Reading Finish

A 700
AA 609

2 3 7 9 8 1 2
2 2 8 3 8 1 3

Gallon Reading Start
Gallons Delivered: 96,000

Delivered By - (Company Employee Signature or Initials): [signature] Patrick hut

Customer Signature: [signature] Nuels Batuta

*M41310*

ING FLA 0035