UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MARTIN ENERGY SERVICES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>M/V BRAVANTE IX, ITS ENGINES,<br>MACHINERY, TACKLE, APPURTENANCES,<br>APPAREL, ETC., and BOLDINI, LTD.,<br>and GRUPO BRAVANTE, *in personam*,<br><br>        Defendants. | Case No. 5:14-cv-00322-RH-GRJ |
| BOLDINI, LTD., and<br>GRUPO BRAVANTE,<br><br>        Counterclaimants,<br><br>v.<br><br>MARTIN ENERGY SERVICES, LLC, O.W.<br>BUNKER & TRADING do BRASIL, O.W.<br>BUNKER MIDDLE EAST DMCC, and<br>ING BANK N.V.,<br><br>        Defendants on Counterclaim<br>        and Crossclaim. | |

**JOINT MOTION OF THE PARTIES REQUESTING
MODIFICATIONS TO ORDER FOR PRETRIAL CONFERENCE [DOC. 47]**

1

The parties to this action hereby submit this Joint Motion requesting modifications to the Order for Pretrial Conference entered in this matter, dated August 17, 2015 [Doc. 47], and respectfully state as follows:

1. Under the scheduling order originally entered in this matter by Judge Smoak on May 28 2015 [Doc. 38], the discovery deadline in this matter was originally set for September 28, 2015, dispositive motions were due to be filed by October 19, 2015 and a bench trial was set for December 7, 2015.

2. For a number of reasons stated at the telephonic scheduling conference held in this matter on October 8, 2015, ING Bank requested more time to complete discovery in order to be in a position to file a dispositive motion and a number of dates in this matter were rescheduled.

3. Specifically, the discovery deadline was extended to October 30, 2015, the mediation and dispositive motions deadlines were extended to November 20, 2015, and the pretrial conference was rescheduled to December 18, 2015; with a bench trial set in this matter for January 11, 2016.

4. Thereafter, deposition discovery was taken in this case with depositions of corporate representatives of (1) Martin Energy Services, LLC; (2) ING Bank N.V.; and (3) Boldini, Ltd. and Grupo Bravante held on October 29, 2015 and November 3, 2015; and a mediation among the parties-in-interest was held on November 6, 2015.

5. In addition, on October 25, 2015 the Court entered an Order extending until November 25, 2015 the time to hold attorney conference required by the Order for Pretrial Conference [ECF No. 47]; and extending the deadline for filing the pretrial stipulation and other

papers required by paragraphs III and IV of the Order for Pretrial Conference until December 11, 2015.  ECF No. 62.

6. Due to an outage of the Northern District of Florida's ECF system, the dispositive motions deadline was also extended by order dated November 20, 2015 until the following business day, November 23, 2015.

7. On November 23, 2015, ING Bank filed a motion for summary judgment [Doc. 71-73] and Boldini Ltd. and Grupo Bravante filed a motion for summary judgment upon ING Bank's counterclaim [Doc. 74-77].

8. Responses in opposition to the motions for summary judgment are presently due to be filed by December 14, 2015 and replies are due by December 21, 2015.

9. The parties held the required attorney conference on November 25, 2015 to discuss the pretrial stipulation, pending motions and other papers required by the Order for Pretrial Conference (i.e., proposed findings of fact and conclusions of law, and trial memorandum on disputed issues of law); which are all due to be filed December 11, 2015.

10. In addition, the present schedule creates timing difficulties for Martin Energy Services, LLC (in light of the ECF outage on November 20, 2015) as its opposition to ING Bank's motion is now due on December 14, 2015, three days after the time scheduled for submission of the pretrial stipulation and its statement with respect to any disputed issues of fact or law in this case.

11. Accordingly, the parties respectfully request that the December 11, 2015 date ordered for filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference be reset in light of the ongoing briefing on the motions for summary judgment, which will conclude on December 21, 2015.

12. The parties have conferred regarding this motion and request that the pretrial schedule be modified in this respect to allow for a more efficient use of the Court's and the parties' resources in determining the issues in this matter.

WHEREFORE, the parties respectfully request the Court modify the Order for Pretrial Conference as specified above, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: /s/ F. William Mahley
Russell R. Stewart
Florida Bar No. 106064
**Law Office of Russell R. Stewart**
900 E 4th St.
Panama City, Florida 32401
(850) 769-7682 – Telephone
(850) 763-0929 – Facsimile
Email: rrsfl@comcast.net

**ATTORNEYS FOR PLAINTIFF, MARTIN ENERGY SERVICES, LLC**

**OF COUNSEL:**

**Strasburger & Price, LLP**
F. William Mahley
Texas Bar No. 12836740
909 Fannin, Suite 2300
Houston, Texas 77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
bill.mahley@strasburger.com

By:   s/Douglas L. Smith
    Douglas L. Smith, Esq.
    Florida Bar No. 0816140
    **Burke, Blue, Hutchison, Walters**
    **& Smith, P.A.**
    221 McKenzie Avenue
    Post Office Box 70
    Panama City, Florida 32402
    (850) 769-1414 – Telephone
    (850) 784-0857 – Facsimile
    dsmith@burkeblue.com

**ATTORNEYS FOR ING BANK N.V., AS SECURITY AGENT**

**OF COUNSEL:**
Bruce G. Paulsen
Brian P. Maloney
**Seward & Kissel LLP**
One Battery Park Plaza
New York, New York 10004
(212) 574-1200 – Telephone

By:   s/Christopher A. Lynch
    Christopher A. Lynch
    **Reed Smith LLP**
    599 Lexington Avenue, 22nd Floor
    New York, New York 10022
    (212) 521-5400 – Telephone
    (212) 524-5450 – Facsimile
    clynch@reedsmith.com
**ATTORNEYS FOR BOLDINI LTD. AND GRUPO BRAVANTE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all counsel of record pursuant to the Federal Rules of Civil Procedure via electronic filing on this the 8th day of December 2015.

By: s/Douglas L. Smith
Douglas L. Smith, Esq.
Florida Bar No. 0816140
**Burke, Blue, Hutchison, Walters & Smith, P.A.**
221 McKenzie Avenue
Post Office Box 70
Panama City, Florida 32402
(850) 769-1414 – Telephone
(850) 784-0857 – Facsimile
dsmith@burkeblue.com

**ATTORNEYS FOR ING BANK N.V., AS SECURITY AGENT**