IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

    Plaintiff,

v.                                  CASE NO. 5:14cv322-RH/GRJ

M/V BRAVANTE IX, etc., et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINE FOR THE
## PRETRIAL STIPULATION AND RELATED PAPERS

    The motion to extend deadlines, ECF No. 78, is granted in part. The deadline to file the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference, ECF No. 47, is extended to December 16, 2015. The pretrial conference remains set for December 18, 2015, at 11:00 a.m. E.S.T., 10:00 a.m. C.S.T. The summary-judgment motions will be heard at that time. The deadline for any reply memorandum in support of a summary-judgment motion thus is December 16, 2015. *See* ECF No. 43 at ¶ 2(c).

    SO ORDERED on December 11, 2015.

                                          s/Robert L. Hinkle
                                          United States District Judge