IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC

VS.

M/V BRAVANTE IX, ETC., ET AL.

No. 5:14-cv-00322-RH-GRJ

BOLDINI, LTD. AND GRUPO BRAVANTE

VS.

MARTIN ENERGY SERVICES, LLC, ET AL.

## DECLARATION OF F. WILLIAM MAHLEY

I, F. William Mahley, declare as follows:

1. I am a partner in the firm of Strasburger & Price, LLP in Houston, Texas, a member of the State Bar of Texas and numerous federal district and appellate courts, and am counsel to Martin Energy Services, LLC in this case.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the certified transcript of the telephonic Scheduling Conference held in this action on October 8, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the documents comprising Exhibit 3 (bates stamped ING FLA 0001 - ING FLA 0058) at the deposition of Vinicius Castro taken in this action on November 3, 2015.

Filed 12 14 15 USDc Fln 5PM 0423

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of Paul Copley taken in this action on October 29, 2015.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the deposition of Vinicius Castro taken in this action on November 3, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Vinicius Castro filed on November 23, 2015.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the First Amended Disclosure Statement filing of non-party O.W. Bunker USA Inc., in the United States Bankruptcy Court for the District of Connecticut on October 26, 2015.

Dated: _December 14_, 2015
Houston, Texas

_/s/ F. William Mahley_
F. William Mahley

2

2319828.1/SPH/30190/0103/121415

# EXHIBIT 1

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,          )
                                      )
         Plaintiff,                   )
V.                                    )
                                      )
M/V BRAVANTE IX, Its Engines,         )
Machinery, Tackle, Appurtenances,)
Apparel, Etc.; BOLDINI, LTD.,         )
GRUPO BRAVANTE, in personam,          )
                                      )  Case No:  5:14-cv-322-RH
         Defendants.                  )
------------------------------        )  Tallahassee, Florida
                                      )  October 8, 2015
BOLDINI, LTD., and                    )  3:30 P.M.
GRUPO BRAVANTE,                       )
                                      )
         Counterclaimants,            )
                                      )
v.                                    )
                                      )
MARTIN ENERGY SERVICES, LLC,          )
O.W. BUNKER & TRADING do              )
BRASIL, O.W. BUNKER MIDDLE            )
EAST DMCC, and ING BANK, N.V.,        )
                                      )
         Defendants on                )
         Counterclaim and             )
         Cross-claim.                 )
                                      )
                                      )

TRANSCRIPT OF SCHEDULING CONFERENCE
BEFORE THE HONORABLE ROBERT L. HINKLE,
UNITED STATES DISTRICT JUDGE



JUDY A. GAGNON, RMR, FCRR
Official United States Court Reporter
111 North Adams Street * Tallahassee, Florida  32301-7717
(850) 561-6822

```
 1                              IN CHAMBERS

 2              THE COURT:  Good afternoon.  This is Judge Hinkle.

 3          The agenda for the day is sorting out the schedule in

 4   the case.  If I have it right, discovery has ended.  We have a

 5   pretrial conference just over a month from today, on

 6   November 10th, and we have trial set for December 7th, and ING

 7   has asked to put that back.

 8          So, Mr. Smith or Mr. Maloney, I guess you need to

 9   explain to me why we can't try the case on December 7th.

10              MR. MALONEY:  Your Honor, this is --

11              MR. SMITH:  Your Honor, this is -- I'm sorry.  We're

12   talking at the same time.

13              MR. MALONEY:  Go ahead, Doug.

14              MR. SMITH:  Your Honor, this is Doug Smith with

15   Burke, Blue in Panama City, local counsel for ING.

16   Mr. Maloney is on the line from New York, as co-counsel, and

17   I'll let him go ahead and talk and supplement if needed.

18   Thank you.

19              THE COURT:  All right.  Mr. Maloney?

20              MR. MALONEY:  Your Honor, Brian Maloney for ING Bank.

21   I'm with Seward and Kissel in New York.  Thank you.

22          Your Honor, this action began as an arrest action

23   filed by Martin Energy back in November of 2014, and Martin's

24   counterparty on the transaction was not Boldini or Bravante,

25   but an entity called O.W. Bunker USA.  That party, O.W.
```

1   judgment just to the extent that, you know, we believe we

2   turned over the funds. We don't have -- there can't be a

3   continuing claim against us. We don't know if we're going to

4   file that or not, but we may.

5           THE COURT: Is somebody asserting -- I may have known

6   the answer to this when I read the file, but I haven't gone

7   back through it.

8           Is somebody asserting a claim against Boldini or

9   Bravante beyond a claim for the money that's now in the

10  registry of the court?

11          MR. MAHLEY: Your Honor, Bill Mahley for Martin. My

12  understanding is that's what was extended this summer, ING's

13  cross-claim against Boldini, Bravante.

14          THE COURT: Mr. Maloney, explain that to me. What's

15  the cross-claim?

16          MR. MALONEY: The cross-claim is directed at ING's

17  rights to the lien.

18          THE COURT: ING's right to -- what?

19          MR. MALONEY: To the maritime lien in this case on

20  behalf of the contract supplier.

21          THE COURT: Yeah. You just want the money, or is it

22  something else?

23          MR. MALONEY: No, no. That's right. It goes to who

24  holds the lien. That's what it goes to.

25          MR. MAHLEY: Your Honor, Bill Mahley for Martin.

```
 1   recess.

 2        (The proceedings adjourned at 4:15 p.m.)

 3                *  *  *  *  *  *  *  *

 4

 5   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.  Any
 6   redaction of personal data identifiers pursuant to the
     Judicial Conference Policy on Privacy are noted within the
 7   transcript.

 8

 9

10                                              _____
     Judy A. Gagnon, RMR, FCRR                  Date
11   Official U.S. Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT 2

 **Bunker**

M/V  BRAVANTE VIII
AND/OR OWNERS/CHARTERERS

O.W. Bunker Middle East DMCC - Brazil ME
C/O Middle East
Indigo Tower - Office #709-710
Jumeirah Lake Tower, P.O. Box 486052
Dubai, U.A.E
United Arab Emirates

DATE OF INVOICE : 21. October 2014

INVOICE NO          :  205-10177

ORDER NO.           :  205-10163

DATE OF SUPPLY  :  21. October 2014

PORT: PANAMA CITY(USA)
YOUR REFERENCE:

DUE DATE            :  19. November 2014

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 300.000  MT | Gasoil | 957.90  MT | 287.370,00 |
| 1.000  LPS | LUST tax | 96.00  LPS | 96.00 |
| 1.000  LPS | FL Coastal fee | 46.08  LPS | 46,08 |

| Your VAT No. | 30728 | VAT Amount | USD | 0,00 |
| Our VAT No. | 99-0373556 | Total | USD | 287,512.08 |

The prices are excl. all taxes and/or other fees.

TERMS OF PAYMENT30 days from date of supply With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK:          ING BANK N.V.

ACCOUNT:   IBAN: NL26 INGB 0020 1180 31

                    SWIFT: INGBNL2A

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

INTERCOMPANY COUNTERPART: Vendor 90821
O.W. BUNKER USA INC.
2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

EIN: 99-0373556

ING FLA 0001

# O.W. Bunker USA Inc.

**Ⓦ Bunker**

Martin Energy Services LLC.
P.O. Box 95363
USA-TX 76099 Grapevine
United States of America
Mr. John S McClelland

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING BANK N.V.
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

HOUSTON  14. October 2014

Purchase Order No.   205-10163
We are hereby pleased to confirm our nomination as follows:

| Vessel | BRAVANTE VIII (IMO: 9645645) |
|---|---|
| Port | PANAMA CITY(USA) |
| Delivery date | Between 18. October 2014 and 18. October 2014 |
| Account | O.W. Bunker USA Inc. |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 300.00 | MT | Gasoil | USD | 954.00 | MT | Barge |

| Agent | |
|---|---|
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| Remarks | FLA Pollution Tax: $0.0207 per gallon<br>FLA Sales tax if applicable<br>Supply as coordianted with Filippe Fernandez<br>fife@owbunker.com<br>Mob: +55 (21) 9 8102-7888 |

Kind Regards

Matthew Sharkey

| Direct | +1 203 724 9746 |
|---|---|
| Mobile | +1 203 832 0294 |
| Yahoo ID | msha_owbunker |
| E-Mail | msha@owbunker.com |
| Office E-Mail | houston@owbunker.com |

ING FLA 0004

O.W. Bunker USA Inc.

 **Bunker**

SELLER ENSURES:
------------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

ING FLA 0005

# O.W. Bunker USA Inc.

**(W) Bunker**

O.W. Bunker Middle East DMCC - Brazil ME  (10837)
C/O Middle East
Indigo Tower - Office #709-710
Jumeirah Lake Tower, P.O. Box 486052
U.A.E Dubai
United Arab Emirates
Mr. Filipe Fernandez

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING BANK N.V.
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Sales Order Confirmation

HOUSTON  14. October 2014

| Sales Order No. | 205-10163 |
| --- | --- |

We are hereby pleased to acknowledge receipt of your order as follows:

| | |
| --- | --- |
| Vessel | BRAVANTE VIII (IMO: 9645645) |
| Port | PANAMA CITY(USA) |
| Delivery date | Between 16. October 2014 and 16. October 2014 |
| Seller | O.W. Bunker USA Inc. |
| Your ref. | |
| Account | MASTER AND/OR OWNER AND/OR CHARTERERS AND/OR MV BRAVANTE VIII AND/OR O.W. BUNKER MIDDLE EAST DMCC - BRAZIL ME C/O MIDDLE EAST |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Supplier |
| --- | --- | --- | --- | --- | --- | --- |
| 300.00 | MT | Gasoil | USD | 957.90 | MT | Martin Energy Services LLC. Delivery : Barge |

| | |
| --- | --- |
| Agent | |
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY UPON PRESENTATION OF INVOICE (ORIGINAL/TELEX/FAX). COPY OF DELIVERY RECEIPT WILL BE FORWARDED WHEN WE HAVE RECEIVED SAME. |
| Remarks | FLA Pollution Tax: $0.0207 per gallon FLA Sales tax if applicable |

We thank you for this nomination.

Kind Regards

Matthew Sharkey

| | |
| --- | --- |
| Direct | +1 203 724 9746 |
| Mobile | +1 203 832 0294 |
| Yahoo ID | msha_owbunker |
| E-Mail | msha@owbunker.com |
| Office E-Mail | houston@owbunker.com |

OWB SC V1.19_STAH    10/14/2014   3:01:45P (CET)

Page 1 of 4

ING FLA 0006

# O.W. Bunker USA Inc.

 **Bunker**

TERMS AND CONDITIONS.
-----------------------------------------

SAMPLES:

Measuring and sampling to be done at barge/tanktruck/shoreside manifold, and receiving Vessels crew is requested to witness and verify the measuring of quantity and the drawing and sealing of samples. These verified quantities as noted in the BDR aswell as these samples taken are the only ones deemed representative, and any dispute regarding quality to be settled by testing these retained samples by an independent laboratory at port/place of delivery, and result of this testing is deemed to be final and binding for both parties.

TERMS:

The sale and delivery of the marine fuels described above are subject to the OW Bunker Group's Terms and Conditions of sale(s) for Marine Bunkers. The acceptance of the marine bunkers by the vessel named above shall be deemed to constitute acceptance of the said general terms applicable to you as 'Buyer' and to O.W. Bunker USA Inc. as 'Seller'.
The fixed terms and conditions are well known to you and remain in your possession. If this is not the case, the terms can be found under the web address:
http://owbunker.com/wp-content/uploads/2013/12/OWB_GTC_ValidFrom01092013.pdf

GUIDELINES FOR RECEIVING BUNKERS:

We strongly urge you to forward the information regarding: General Instructions and Guidelines for Bunkering, for Receiving Vessels, on page 3, soonest possible to your Chief Engineer onboard.Following the suggested Guidelines should minimize risk of quantity disputes.Please bear in mind that barge figures are the sole valid quantity determination, wherefore Chief Engineer's attendance onboard the barge is extremely important.

OTHERWISE:

Any errors or omissions in above Confirmation should be reported immediately.


PLEASE INFORM US BY RETURN IF ABOVE NOMINATION DETAILS ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

ING FLA 0007