IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MARTIN ENERGY SERVICES, LLC<br><br>VS.<br><br>M/V BRAVANTE IX, ETC., ET AL. | No. 5:14-cv-00322-RH-GRJ |
| BOLDINI, LTD. AND GRUPO BRAVANTE<br><br>VS.<br><br>MARTIN ENERGY SERVICES, LLC, ET AL. | |

### DECLARATION OF PETE NOBLES

I, Pete Nobles, declare under oath the following:

1. I am a licensed vessel captain employed by Ivy Marine. From October 17-21, 2014 I was the captain of the M/V LADY LONE STAR. On October 20 and 21 we were pushing Martin's fuel barge MMLP 570 to fuel the M/V BRAVANTE VIII in Panama City, Florida. We left from the MES Base at Blakeley, Alabama.

2. While underway from West Bay to Hathaway Bridge I spoke with the captain on the BRAVANTE VIII by radio about why they were shifting from Panama City docks to the shipyard. His response was that a problem occurred during trial runs and they were going back to the shipyard and would take fuel there. I spoke with the agent and he was not aware of the vessel making a trial run or leaving Panama City dock. We followed the vessel BRAVANTE VIII to the shipyard.

3. At 1505 hours on October 20, 2014 we arrived alongside the BRAVANTE VIII at the shipyard standby for fueling. The engineer told us they could not take on fuel until the next day because the shipyard did not work after 4 p.m.

4. My tankerman, Patrick Luke, started a D.O.I. with the vessel at 0600 a.m. on October 21. We finished fueling at 1215 p.m. Mr. Luke and Miguel Batista, one of the BRAVANTE VIII's officers,

signed our Bunkering Certificate and the meter ticket. Ex. 1, MES 00005-00006. We departed the vessel at 1300 p.m.

I declare under penalty of perjury that the forgoing statements are true and correct.

EXECUTED on December 14, 2015.

_____
Pete Nobles

2

# EXHIBIT 1

# BUNKERING CERTIFICATE

**MARTIN ENERGY SERVICES**
Three Riverway, Suite 400
Houston, Texas 77056
24 Hour #: (800) 962-8307

| Field | Value |
|---|---|
| DELIVERED TO M.V./S.S. | Bravante VIII |
| AGENT | Appe Fernandez |
| BARGE NO. | MMLP 570 |
| CUSTOMER NAME | OW Bunker USA |
| DATE | 10/31/14 |
| FLAG | Panama |
| TRUCK ☐ | |
| DELIVERY POINT | City of FL |
| RAD NO. | 9045645 |
| METER TICKET NO. | |
| TICKET NO. | BC 125608 |
| CUSTOMER ORDER NO. | 205-10163 |

| PRODUCT DESCRIPTION | | NOTES/COMMENTS |
|---|---|---|
| API GRAVITY @ 60°F | MGO 39.5 | |
| SP. GRAVITY @ 60°F / DENSITY @ 15°C | 8.75 / .8371 | |
| VISCOSITY KINEMATIC (cST @ 50°C) | 2.8 | |
| FLASH POINT | 143°F | |
| SULFUR, % | .2 per l | |
| TEMP °F | 60°F | |
| GALS PER TON | 319.320.00 | |
| SAMPLE SEAL NUMBERS | Bc77938 Bc77931 Bc77328 | |

| PRODUCT | PRODUCT CODE | SAMPLE PASSED | SAMPLE PASSED NUMBER |
|---|---|---|---|
| MGO/DMA | DMA | | Bc77631 |

| PRODUCT | ARRIVED ALONGSIDE DATE | HOUR | HOSES ON DATE | HOUR | START PUMPING DATE | HOUR | FINISH PUMPING DATE | HOUR | CONVERSION FACTOR | GROSS GALLONS | NET GALLONS | HOSES OFF DATE | HOUR | DEPARTED DATE | METRIC TONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGO/DMA | 10/31 | 0830 | 10/31/14 | 0900 | 10/31/14 | 1315 | 10/31/14 | 13:35 | 1.0000 | 96,000 | 96,000 | 10/31/14 | | | 300.00 |

THIS SHIP OR VESSEL TO WHICH THIS PRODUCT IS DELIVERED IS ENGAGED IN TRANSPORTING PERSONS AND/OR PROPERTY IN INTERSTATE AND/OR FOREIGN COMMERCE AND DOES NOT OPERATE ON OR IN WATERWAYS OF THE STATE OF FL. MILEAGE FROM THE TERRITORIAL LIMIT TO PORT DOCKSIDE AND RETURN TO INTERNATIONAL WATERS, FOREIGN OR COASTWISE, IS NOT CONSIDERED TO BE MILEAGE IN FL. THE UNDERSIGNED ALSO CERTIFIES THAT THE QUANTITY/GRADE RECEIVED IS IN ACCORDANCE WITH THE VESSEL'S REQUIREMENTS.

ALL DISPUTES ARISING OUT OF THIS TRANSACTION SHALL IN ALL RESPECTS BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH MARITIME LAW OF THE UNITED STATES OF AMERICA. ALL SALES SUBJECT TO MARTIN ENERGY SERVICES LLC STANDARD TERMS & CONDITIONS OF SALE, COMPLIES WITH MARPOL ANNEX VI, REG 14(1) & 18(1). RECEIVED FOR USE AS BUNKERS, TOGETHER WITH REPRESENTATIVE SAMPLE. THE QUANTITIES SHOWN ABOVE, EXACT QUANTITIES SHOWN ARE SUBJECT TO CORRECTION IN CASE OF ERROR. SULPHUR LESS THAN 1.5%.

REPRESENTATIVE SAMPLE(S) OF THIS DELIVERY PASSED / NOT PASSED BY: _____ THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT ABOVE)

No disclaimer stamp of any type or form will be accepted on this bunkering certificate, and, should any such stamp be applied, will it alter, change or waive MARTIN ENERGY SERVICES LLC's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

_signature_ 10/31/14   _signature_ 10/31/14
TANKERMAN DATE   AUTHORIZED VESSEL OFFICER DATE

REV. 1/13

MES 00005

**M 41310**
**Martin Energy Services LLC**
107 St. Francis Street, Suite 2200
Mobile, AL 36602
Telephone 251-433-4972

Date: 10/21/20 14

Customer Name: O W Bunker

Facility/Vessel: BRAVANTE VIII

MES Shore Tank or Barge #: MMLP 570

| Product | Temp. (°F) | Gallons |
|---|---|---|
| ULSD | | |
| Dyed ULSD | (5) | 96,000 |

| Meter or Product | | Gallon Reading Finish |
|---|---|---|
| Meter Number | Smrt | 2228,802 |
| | END | 2379,802 |

Gallon Reading Start

Gallons Delivered: 96,000

Delivered By: (Company Employee Signature or Initials) [signature: Patrick]

Customer Signature: [signature: Miguel Bautista]

*M 41310*

MES 00006