IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

    Plaintiff,

v.                                                      CASE NO. 5:14-cv-322-RH-GRJ

M/V BRAVANTE IX, etc., et al.,

    Defendants.

_____/

## O R D E R

Pending before the Court is the Motion For Admission *Pro Hac Vice* of F. William Mahley. ECF No. 98. F. William Mahley, an attorney with the law firm of Strasburger & Price LLP, requests admission *pro hac vice* to represent Plaintiff/Counter Defendant Martin Energy Services, LLC.

Upon due consideration, the Motion For Admission *Pro Hac Vice* (ECF No. 98) is due to be **GRANTED**. F. William Mahley is permitted to appear in this action as counsel for Plaintiff/Counter Defendant Martin Energy Services, LLC.

Although the docket reflects that counsel has paid the required fee for admission *pro hac vice*, Counsel is reminded that the Northern District of Florida utilizes an electronic filing system ("CM/ECF"). Accordingly,

within **ten (10) days** of the date of this order counsel is directed to register to participate and docket in CM/ECF.

**DONE AND ORDERED** this 17th day of December, 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge