# United States District Court
## CIVIL MINUTES - GENERAL

Time: 11:00 a.m. - 12:07 p.m.  
Date: December 18, 2015  

Case # 5:14cv322-RH

MARTIN ENERGY SERVICES LLC v. M/V BRAVANTE IX ET AL

DOCKET ENTRY: TELEPHONIC PRETRIAL CONFERENCE held. Parties argue Summary Judgment. Ruling by Court: Boldini LTD will not have to be at the bench trial. The bench trial is set for January 11, 2016 at 1:00 pm CST in Panama City. An order is forthcoming.

PRESENT:    HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

Elizabeth Lawrence  
Deputy Clerk

Judy Gagnon  
Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF:

Russell Stewart  
William Mahley

ATTORNEY(S) APPEARING FOR DEFENDANTS:

Christopher Lynch  
Brian Maloney  
Bruce Paulsen  
Douglas Smith

Initials of the Clerk:  ERL