# United States District Court
## CIVIL MINUTES - GENERAL

Time: 3:34 - 3:41 p.m.   Case # 5:14cv322-RH
Date  January 7, 2016

MARTIN ENERGY SERVICES LLC v. M/V BRAVANTE IX ET AL

DOCKET ENTRY: TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss an issue that occurred that would need the trial to be continued and then discuss schedules.  Ruling by Court: The bench trial will be moved to March 28, 2016.

PRESENT:   HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

Elizabeth Lawrence          Judy Gagnon
Deputy Clerk                Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF:    ATTORNEY(S) APPEARING FOR DEFENDANTS:

William Mahley                           Brian Maloney
                                         Bruce Paulsen
                                         Douglas Smith

Initials of the Clerk:  ERL