# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Frederick William Mahley

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 30th day of October, 1981.

I further certify that the records of this office show that, as of this date

### Frederick William Mahley

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of December, 2015.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 112415HH

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.