UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTIN ENERGY SERVICES, LLC,

                Plaintiff,

v.

M/V BRAVANTE IX, ITS ENGINES,
MACHINERY, TACKLE, APPURTENANCES,
APPAREL, ETC., and BOLDINI, LTD.,
and GRUPO BRAVANTE, *in personam,*

                Defendants.

Case No. 5:14-cv-00322-RH-GRJ

BOLDINI, LTD., and
GRUPO BRAVANTE,

                Counterclaimants,

v.

MARTIN ENERGY SERVICES, LLC, O.W.
BUNKER & TRADING do BRASIL, O.W.
BUNKER MIDDLE EAST DMCC, and
ING BANK N.V.,

                Defendants on Counterclaim
                and Crossclaim.

**MOTION TO STRIKE PLAINTIFF MARTIN ENERGY SERVICES, LLC'S RESPONSE
[DOC. 129] TO ING BANK N.V.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

MAY IT PLEASE THE COURT:

ING Bank N.V., as Security Agent ("ING"), submits this motion to strike Plaintiff Martin Energy Services, LLC's ("Martin Energy") response (Doc. 129) to its notice of supplemental authority (Doc. 128) and respectfully states as follows:

1.      Martin Energy's response exceeds the permissible scope of a response to a notice of supplemental authority and should be stricken.  Local Rule 7.1(J) provides that any response to a notice of supplemental authority must be made "promptly" and limited to 350 words or less. Martin Energy's response was 564 words and was made nearly three weeks after ING's December 2, 2016 filing.

2.      As stated in *Girard v. Aztec RV Resort, Inc.*, "supplemental filings should be limited to the piece of evidence or legal authority and a brief statement directing the Court to the legal argument to which the supplemental filing pertains in the previously filed legal memorandum."  No. 10-cv-62298, 2011 U.S. Dist. LEXIS 105855, *9-10 (S.D. Fla. Sept. 16, 2011).  Martin Energy's latest response, by contrast, represents a "mini-brief" that improperly seeks to rehash and reargue matters already submitted in Martin Energy's post-trial briefing.

3.      Because Martin Energy exceeds the permissible scope of a supplemental filing under the rules of this Court, ING respectfully requests that Martin Energy's latest response (Doc. 129) be stricken.

Respectfully submitted,

**BURKE, BLUE, HUTCHISON, WALTERS & SMITH, P.A.**
Attorneys for ING Bank N.V., as Security Agent

By:  s\ Douglas L. Smith, Esq.
DOUGLAS L. SMITH, ESQ.
Florida Bar No. 0816140
221 McKenzie Avenue

Post Office Box 70
Panama City, Florida  32402
(850) 769-1414
Fax (850) 784-0857
E-mail:  dsmith@burkeblue.com

Of Counsel:

Bruce G. Paulsen
Brian P. Maloney
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on December 22, 2016.  Participants in the case who are registered CM/ECF users were served by the CM/ECF system. I further certify any participants listed on the filing receipt as non-CM/ECF users have been mailed the foregoing by US Mail.

**BURKE, BLUE, HUTCHISON,
WALTERS & SMITH, P. A.**
Attorneys for ING Bank N.V., as Security Agent


By:  s\ Douglas L. Smith, Esq.
       DOUGLAS L. SMITH, ESQ.
       Florida Bar No. 0816140
       221 McKenzie Avenue
       Post Office Box 70
       Panama City, Florida  32402
       (850) 769-1414
       Fax (850) 784-0857
       E-mail:  dsmith@burkeblue.com