UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MARTIN ENERGY SERVICES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>M/V BRAVANTE IX, ITS ENGINES,<br>MACHINERY, TACKLE, APPURTENANCES,<br>APPAREL, ETC., and BOLDINI, LTD.,<br>and GRUPO BRAVANTE, *in personam*,<br><br>        Defendants. | Case No. 5:14-cv-00322-RH-GRJ |
| BOLDINI, LTD., and<br>GRUPO BRAVANTE,<br><br>        Counterclaimants,<br><br>v.<br><br>MARTIN ENERGY SERVICES, LLC, O.W.<br>BUNKER & TRADING do BRASIL, O.W.<br>BUNKER MIDDLE EAST DMCC, and<br>ING BANK N.V.,<br><br>        Defendants on Counterclaim<br>        and Crossclaim. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

MAY IT PLEASE THE COURT:

ING Bank N.V., as Security Agent ("ING"), submits this notice of supplemental authority for the Court's consideration in relation to the following materials on file with the Court:

1. ING's Post-Trial Brief (Doc. 116; filed April 14, 2016);

2. ING's Reply to Martin Energy's Post-Trial Memorandum of Law (Doc. 119; filed April 21, 2016);

We attach as Exhibit 1 a memorandum and order entered January 9, 2017 by Judge Valerie Caproni in the "test cases" for 24 interpleader actions pending before that Court, namely: interpleader actions *Clearlake Shipping Pte Ltd. v. O.W. Bunker (Switzerland) SA, et al.*, No., 14 Civ. 9287 (S.D.N.Y.), *Nippon Kaisha Line Ltd v. O.W. Bunker USA Inc., et al.*, 14 Civ. 10091 (S.D.N.Y.), and *Hapag-Lloyd Aktiengesellschaft v. U.S. Oil Trading L.L.C., et al.* 14 Civ. 9949 (S.D.N.Y.), and related arrest action *U.S. Oil Trading LLC v. M/V Vienna Express, et al.*, 15 Civ. 6718. The Court denied motions for summary judgment made by physical suppliers in these test cases, and, *inter alia*, granted in part ING's motion for summary judgment to the extent that ING had moved in those cases on its claim that O.W. entities held maritime liens for bunkers delivered to the vessels.

Respectfully submitted,

**BURKE, BLUE, HUTCHISON, WALTERS & SMITH, P.A.**
Attorneys for ING Bank N.V., as Security Agent

By: s\ Douglas L. Smith, Esq.
DOUGLAS L. SMITH, ESQ.
Florida Bar No. 0816140
221 McKenzie Avenue
Post Office Box 70
Panama City, Florida 32402

2

              (850) 769-1414
              Fax (850) 784-0857
              E-mail: dsmith@burkeblue.com

Of Counsel:

Bruce G. Paulsen
Brian P. Maloney
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on January 9, 2017. Participants in the case who are registered CM/ECF users were served by the CM/ECF system. I further certify any participants listed on the filing receipt as non-CM/ECF users have been mailed the foregoing by US Mail.

                                      **BURKE, BLUE, HUTCHISON,**
                                      **WALTERS & SMITH, P. A.**
                                      Attorneys for ING Bank N.V., as Security Agent

By: s\ Douglas L. Smith, Esq.
     DOUGLAS L. SMITH, ESQ.
     Florida Bar No. 0816140
     221 McKenzie Avenue
     Post Office Box 70
     Panama City, Florida 32402
     (850) 769-1414
     Fax (850) 784-0857
     E-mail: dsmith@burkeblue.com