IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **MARTIN ENERGY SERVICES, LLC**<br><br>　　　　　Plaintiff,<br><br>VS.<br><br>**M/V BRAVANTE IX, ETC., ET AL.,**<br><br>　　　　　Defendants. | NO. 5:14-CV-00322-RH-GRJ |
| **BOLDINI, LTD. AND GRUPO BRAVANTE,**<br><br>　　　　　Counterclaimants,<br><br>VS.<br><br>**MARTIN ENERGY SERVICES, LLC, O.W. BUNKER & TRADING do BRASIL, O.W. BUNKER MIDDLE EAST DMCC, and ING BANK N.V.,**<br><br>　　　　　Defendants on Counterclaim<br>　　　　　and Crossclaim. | |

**PLAINTIFF'S RESPONSE TO MOTION TO STRIKE
PLAINTIFF MARTIN ENERGY SERVICES, LLC'S RESPONSE [DOC 129]
TO ING BANK N.V.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

**MAY IT PLEASE THE COURT:**

　　Martin Energy Services, LLC responds to ING's Motion to Strike its Response [Doc. 129] to ING Bank N.V.'s Notice of Supplemental Authority.

　　1.　　Martin does not oppose ING Bank's motion.

　　2.　　Martin has since filed a corrected response, complying with the word limits of Local Rule 7.1(J) [Doc. 131].

2

        Respectfully submitted,

        STRASBURGER & PRICE, LLP

        By: /s/ F. William Mahley
           F. William Mahley
           909 Fannin, Suite 2300
           Houston, Texas 77010
           (713) 951-5600 – Telephone
           (713) 951-5660 – Facsimile
           bill.mahley@strasburger.com

        ATTORNEYS FOR PLAINTIFF,
        MARTIN ENERGY SERVICES, LLC

OF COUNSEL:
Russell R. Stewart
Law Office of Russell R. Stewart
Florida Bar No. 106064
900 E 4th St.
Panama City, Florida  32401
(850) 769-7682 – Telephone
(850) 763-0929 – Facsimile
Email:  rrsfl@comcast.net

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been served upon all counsel of record pursuant to the Federal Rules of Civil Procedure via electronic filing on this the 9th day of January 2017.

        /s/ F. William Mahley
        F. William Mahley