# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARTIN ENERGY SERVICES LLC

    VS                                                             CASE NO.  5:14-cv-322-RH-GRJ

M/V BRAVANTE IX et al

## JUDGMENT

Judgment is entered as follows: $286,200 to MARTIN ENERGY SERVICES LLC; $3,900 to ING BANK NV; and a proportional share of the remainder (interest paid into the court's registry by BOLDINI LTD and interest earned on the funds after deposit in the registry) to  MARTIN ENERGY SERVICES LLC and  ING BANK NV.  All remaining claims are dismissed with prejudice

                                                                              JESSICA J. LYUBLANOVITS
                                                                              CLERK OF COURT

January 26, 2017                      s/ Jeremy Wright
DATE                                    Deputy Clerk: Jeremy Wright