IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| **MARTIN ENERGY SERVICES, LLC** | § § | |
| VS. | § § | NO. 5:14-cv-00322 |
| **M/V BRAVANTE IX, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC.** and **BOLDINI S.A.** and **THE BRAVANTE GROUP,** *in personam* | § § § § § § | FED. R. CIV. P 9(h), Admiralty |

## NOTICE OF CROSS-APPEAL

Martin Energy Services, LLC, hereby gives notice of cross-appeal to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment [Doc. No. 136], entered on February 7, 2017, and the Order Denying the Motion to Amend Findings or for Additional Findings [Doc. No. 143], entered on March 8, 2017.

Respectfully submitted,

STRASBURGER & PRICE, LLP

 */s/ F. William Mahley*
F. WILLIAM MAHLEY
Texas Bar No. 12836740
Strasburger & Price, LLP
909 Fannin, Suite 2300
Houston, Texas 77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
bill.mahley@strasburger.com

ATTORNEYS FOR PLAINTIFF AND
INTERPLEADER CLAIMANT

**NOTICE OF CROSS-APPEAL – Page 1**
SPH-#2699747-v1-Bravante___Notice_of_Cross-Appeal.docx

OF COUNSEL:
Russell R. Stewart
Florida Bar No. 106064
LAW OFFICE OF RUSSELL R. STEWART
900 E 4th St.
Panama City, Florida  32401
(850) 769-7682 – Telephone
(850) 763-0929 – Facsimile
Email:  rrsfl@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Cross-Appeal has been served on all parties to this action by electronic service through the CM/ECF filing system, on this 14th day of March, 2017.

  /s/ F. William Mahley
  F. WILLIAM MAHLEY

**NOTICE OF CROSS-APPEAL – Page 2**
SPH-#2699747-v1-Bravante___Notice_of_Cross-Appeal.docx